UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT JENKINS,<br><br>Defendant. | **Crim. Action No.06-141** |

## ORDER

This matter comes before the Court upon the receipt of a Report and Recommendation dated March 9, 2011, from Magistrate Judge John Facciola, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this __28th__ day of March, 2011,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that the supervised release is revoked; and it is

**FURTHER ORDERED** that the case is hereby scheduled for Re-sentencing on March 29, 2011, at 9:30 a.m. in Courtroom 28A.

COLLEEN KOLLAR-KOTELLY
United States District Judge

(N)